■ LILLIAN BOEHLERT, Appellant, v. BOARD OF EDUCATION OF UTICA CITY SCHOOL DISTRICT et al., Respondents.— Appeal dismissed unless typewritten records and briefs are filed and served on or before August 10, 1960. Respondent's brief must be filed and served by August 26 if case is to be argued at September 1960 Term of court. Appellant's motion granted to appeal on original transcript of record, 5 typewritten copies of other papers constituting record on appeal, and 5 typewritten copies of brief.

■ ROLAND R. BENZOW, Appellant, v. JOSEPH J. COOLEY, as City Clerk of the City of Buffalo, et al., Respondents.— Appeal dismissed unless printed records and briefs are filed and served on or before July 15, 1960. Respondent's brief must be filed and served on or before August 26, 1960 if case is to be argued at September 1960 Term of court.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES HOUSTON, Appellant.— Motion granted and time for argument of appeal enlarged to include September 1960 Term of court, on condition that appellant's brief is filed and served on or before August 10, 1960. Respondent's brief must be filed and served on or before August 26 if appeal is to be argued at said term.

■ MARY J. McLEAN, Doing Business as McLEAN'S BUSINESS SERVICES, Respondent, v. LEE HUBBARD, Doing Business as TWIN-TON OFFICE SERVICES, Appellant.— Motion granted and order dismissing appeal vacated on condition that records and briefs are filed and served on or before July 15, 1960.

■ RAYMOND J. MAGINN, Respondent, v. ALBERT DONOVAN, Appellant.— Motion granted and appeal dismissed, with $10 motion costs.

■ WALTER ZDYB, Appellant, v. WARREN E. BAILEY et al., Respondents.— Motions granted and appeals dismissed, with $10 motion costs.

■ CITY OF BUFFALO, Respondent, v. CANDIDO C. PEREZ, Appellant.— Motion granted and appeal dismissed, without costs.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. HENRY H. SEAGER, Appellant, against WALTER B. MARTIN, as Warden of Attica Prison, Respondent. — Motion to dismiss appeal denied. Reargument of motion to prosecute appeal on typewritten papers and handwritten briefs from order entered March 14, 1958 granted on court's own motion, and on reargument, motion granted.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. JAMES WRIGHT, Appellant, against WALTER B. MARTIN, as Warden of Attica Prison, Respondent. — Motion to dismiss appeal denied. Reargument of motion to prosecute appeal on original papers and handwritten briefs from order entered February 4, 1958 granted on court's own motion, and on reargument, motion granted. John Swerdloff, Esq., assigned as counsel to conduct appeal.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM MOORE, Appellant.— Motion to prosecute appeal as poor person denied.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. MATTHEW J. VAN DUSEN, Appellant, against WALTER B. MARTIN, as Warden of Attica Prison, Respondent.— Motion to prosecute appeal as poor person, and for other relief, denied on the ground that the papers fail to show merit to the appeal.